JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 552-6031
   Facsimile:      (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSE MANUEL SEGURA-DEL REAL, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 10-0380 MHP <br> No. CR 05-0678 MHP <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

     The parties appeared before the Honorable Marilyn H. Patel on July 12, 2010.  Due to defense counsel's unavailability, the matter has been continued to July 26, 2010.  With the agreement of both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 12, 2010 to July 26, 2010, in light of the need for continuity of counsel.  Failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel

1  and reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence.
3      2.  Given these circumstances, the Court found that the ends of justice served by excluding
4  the period from July 12, 2010 to July 26, 2010, outweigh the best interest of the public and the
5  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
6      3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from
7  July 12, 2010 to July 26, 2010, be excluded from the Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(7)(A) and (B)(iv).

10     SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
12                              United States Attorney

14  DATED: July 12, 2010                /s/
                                PATRICIA SPALETTA
15                              Special Assistant United States Attorney

17  DATED: July 12, 2010                /s/
                                SHAWN HALBERT
18                              Assistant Federal Public Defender

20  SO ORDERED.

22  DATED: 7/14/2010
23                              THE HON. MARILYN H. PATEL
                                United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. JOSE MANUEL SEGURA-DEL REAL                                                          2