JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 552-6031
    Facsimile:      (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0380 MHP |
|     Plaintiff, ) | No. CR 05-0678 MHP |
| ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| ) | |
| JOSE MANUEL SEGURA-DEL REAL, ) | |
|     Defendant. ) | |

     The parties appeared before the Honorable Marilyn H. Patel on July 26, 2010, and the Court continued the matter to August 2, 2010.  With the agreement of both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 26, 2010 to August 2, 2010, in light of need for counsel to sufficiently prepare the defendant for the next hearing when it is anticipated that the defendant will plead guilty.  Failure

1  to grant the requested continuance would unreasonably deny the defendant reasonable time
2  necessary for effective preparation, taking into account the exercise of due diligence.
3      2. Given these circumstances, the Court found that the ends of justice served by excluding
4  the period from July 26, 2010 to August 2, 2010, outweigh the best interest of the public and the
5  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
6      3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
7  July 26, 2010 to August 2, 2010, be excluded from the Speedy Trial Act calculations under 18
8  U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
12                              United States Attorney

14  DATED: July 26, 2010                    /s/
                                PATRICIA SPALETTA
15                              Special Assistant United States Attorney

17  DATED: July 26, 2010                    /s/
                                GEOFFREY HANSEN
18                              Chief, Assistant Federal Public Defender

20  SO ORDERED.

22  DATED: 7/27/2010
                                THE HON. M_____
23                              United S_____

IT IS SO ORDERED
Judge Marilyn H. Patel